# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RRHC WILMINGTON, LLC, MIM V, LP, CHIPPEY STREET ASSOCIATES, AND COMMERCE ASSOCIATES, LP, | § § § § § | No. 303, 2014 |
| Plaintiffs Below, Appellants, | § § § | Court Below—Superior Court of the State of Delaware in and for New Castle County |
| v. | § § | C.A. No. N13A-08-004 MJB |
| NEW CASTLE COUNTY OFFICE OF FINANCE AND NEW CASTLE COUNTY BOARD OF ASSESSMENT REVIEW, | § § § § § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: January 28, 2015
Decided: January 29, 2015

Before **HOLLAND**, **RIDGELY**, and **VAUGHN**, Justices.

## O R D E R

This 29th day of January, 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated May 30, 2014.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

Randy J Holland

Justice